In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-228 CV


____________________



BEAUMONT INDEPENDENT SCHOOL DISTRICT, Appellant/Cross-Appellee



V.



JOHN ANDRUS AND STACEY ANDRUS,


INDIVIDUALLY AND a/n/f OF KARL RHONE, A MINOR,


AND KARL RHONE, Appellees/Cross-Appellants






On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. A-176380






MEMORANDUM OPINION


 The appellant/cross-appellee, Beaumont Independent School District, and the
appellees/cross-appellants, John Andrus and Stacey Andrus, Individually and a/n/f of Karl
Rhone, a Minor, and Karl Rhone, filed a joint motion to dismiss this accelerated interlocutory
appeal. The parties allege they have resolved all disputes and agreed to dismiss this appeal. 
The Court finds that the motion is voluntarily made by the parties through their attorneys of
record prior to any decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). 




 It is, therefore, ordered that the motion to dismiss be granted and the appeal is
therefore dismissed. All costs are assessed against the incurring party.

 APPEAL DISMISSED. 

 


 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered July 27, 2006

Before McKeithen, C.J., Kreger and Horton, JJ.